fore, I would grant certiorari and set the case for plenary consideration.

I also adhere to my view that the death penalty is, under all circumstances, a cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Furman* v. *Georgia,* 408 U. S. 238, 314–371 (1972) (MARSHALL, J., concurring); *Gregg* v. *Georgia,* 428 U. S. 153, 231–241 (1976) (MARSHALL, J., dissenting); *Lockett* v. *Ohio,* 438 U. S. 586, 619–621 (1978) (MARSHALL, J., concurring in judgment), and on that basis alone I would grant certiorari and vacate the death sentence in this case.

No. 80–5488.   SWINDLER *v.* ARKANSAS.   Sup. Ct. Ark.; and

No. 80–5602.   DAVIS *v.* GEORGIA ET AL.   Sup. Ct. Ga. Certiorari denied.   Reported below: No. 80–5488, 267 Ark. 418, 592 S. W. 2d 91; No. 80–5602, 246 Ga. 200, 269 S. E. 2d 461.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 80–91.   DICK *v.* HARRIS, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL., *ante,* p. 872;

No. 80–194.   RAMIREZ *v.* UNITED STATES, *ante,* p. 900;

No. 80–217.   HOWELL *v.* THOMAS, SHERIFF, *ante,* p. 901;

No. 80–285.   CHVOSTA *v.* PIERRE ET AL., *ante,* p. 921; and

No. 80–5268.   ANTONE *v.* FLORIDA, *ante,* p. 913.   Petitions for rehearing denied.

---

found the majority's decision unsupportable. —— Mont., at ——, ——, ——, 608 P. 2d, at 459, 462, 465 (Shea, J., dissenting).